UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON YAMADA, D.D.S. etc., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NOBEL BIOCARE HOLDING AG, etc., ) <br> ) <br> Defendants. ) | No. CV 10-4849-JHN (PLAx) <br><br> **MEMORANDUM AND ORDER RE: PARTIES' PROPOSED STIPULATION FOR PROTECTIVE ORDER** |

The Court has received and considered the parties' proposed Stipulation for Entry of Protective Order ("Protective Order"). The Court is unable to adopt the Protective Order as stipulated to by the parties for the followings reasons:

First, a protective order must be narrowly tailored and cannot be overbroad. Therefore, the documents, information, items or materials that are subject to the protective order shall be described in a meaningful fashion (for example, "blueprints," "customer lists," or "market surveys," etc.). It is not sufficient to use only conclusory terms such as "confidential." (See pages 1-2, at introductory paragraph, and ¶ I).

Second, counsel for defendants has indicated at his signature line that he is representing a company that does not appear to be associated with this action. See page 13.

Finally, the Court may only enter a protective order upon a showing of good cause. <u>Phillips v. G.M. Corp.</u>, 307 F.3d 1206, 1209 (9th Cir. 2002) (Rule 26(c) requires a showing of "good cause" for a protective order); <u>Makar-Wellbon v. Sony Electronics, Inc.</u>, 187 F.R.D. 576, 577 (E.D.Wis. 1999) (even stipulated protective orders require good cause showing). The parties' stipulation fails to provide sufficient statements to demonstrate good cause for issuing the protective order. In any revised stipulated protective order submitted to the Court, the parties must include a statement demonstrating good cause for entry of a protective order pertaining to the documents or information described in the order. The paragraph containing the statement of good cause should be preceded by a heading stating: "GOOD CAUSE STATEMENT."

DATED: December 27, 2010

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE