UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON YAMADA, D.D.S., on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOBEL BIOCARE HOLDING AG, NOBEL BIOCARE AB, NOBEL BIOCARE USA, LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV10-04849 JHN (PLAx)<br><br>Magistrate Judge Paul L. Abrams<br><br>**PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL INFORMATION** |

The parties in the above-entitled action have submitted an AMENDED STIPULATED CONFIDENTIALITY AGREEMENT FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation"). The Court, having reviewed the parties' Confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation as its Protective Order for the handling of "Confidential Information" as that term is defined by the parties' Confidentiality Stipulation.

Dated: January 6, 2011

_____
Hon. Paul L. Abrams
Magistrate Judge
United States District Court
Central District of California

4844-4403-0728.1