# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON YAMADA, D.D.S., on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOBEL BIOCARE HOLDING AG, NOBEL BIOCARE AB, NOBEL BIOCARE USA, LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV10-04849 JHN (PLAx)<br><br>Magistrate Judge Paul L. Abrams<br><br>**AMENDED PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION**<br><br>**\*\*NOTE CHANGES MADE BY THE COURT\*\*** |

The parties in the above-entitled action have submitted an AMENDED STIPULATED CONFIDENTIALITY AGREEMENT FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation"). The Court, having reviewed the parties' Confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation **as modified by the Court** as its Protective Order for the handling of "Confidential Information" and "Highly Confidential – Attorney Eyes Only" information, as those terms are defined by the parties' Confidentiality Stipulation.

Dated: May 27, 2011

_____
Hon. Paul L. Abrams
United States Magistrate Judge

4844-4403-0728.1